# IN THE SUPREME COURT OF THE STATE OF NEVADA

LUIS LEDESMA,
    Appellant,
    vs.
THE STATE OF NEVADA,
    Respondent.

No. 72601

**FILED**

JUN 12 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "motion to strike one conviction for redundancy (merger)." Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

          _____, J.
          Douglas

_____, J.
Gibbons

          _____, J.
          Pickering

cc: Hon. William D. Kephart, District Judge
   Luis Ledesma
   Attorney General/Carson City
   Clark County District Attorney
   Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-19287